DOCKET No. 15 Mag. 3966  DEFENDANT: RAMON VARGAS-Rodriguez

AUSA Dina McLeod  DEF.'S COUNSEL Philip Weinstein
☐ RETAINED  ☒ FEDERAL DEFENDERS  ☐ CJA

☐ _____ INTERPRETER NEEDED  ☒ DEFENDANT WAIVES PRE-TRIAL REPORT

☒ Rule 5  ☐ Rule 9  ☒ Rule 5(c)(3)  ☐ Detention Hrg.
A/W issued 11/4/15
☐ Other: _____

DATE OF ARREST 11/10/15  ☐ VOL. SURR.
TIME OF ARREST 1030 AM  ☒ ON WRIT
TIME OF PRESENTMENT 4:5 PM

## BAIL DISPOSITION

☒ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION  ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT  ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

*[Stamp: U.S. DISTRICT COURT FILED NOV 10 2015 S.D. OF N.Y.]*

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____
☐ CONFERENCE BEFORE D.J. ON _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED        ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED        ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING 11/24/15  ☐ ON DEFENDANT'S CONSENT

DATE: Nov. 10, 2015

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2