UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : INDICTMENT

        - v. - : 15 Cr.

RAMON VARGAS-RODRIGUEZ, : **15 CRIM 811**

        Defendant. :

- - - - - - - - - - - - - - - - x

## COUNT ONE

**(Felon in Possession of a Firearm)**

The Grand Jury charges:

1. On or about September 22, 2015 in the Southern District of New York and elsewhere, RAMON VARGAS-RODRIGUEZ, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a Kel-Tec, Model PF-9, 9mm pistol, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____  _____
FOREPERSON                 PREET BHARARA
                           United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 23 2015

JUDGE GARDEPHE