1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,

4              v.                           15 CR 811 (PGG)

5  RAMON VARGAS-RODRIGUEZ,

6              Defendant.

7  ------------------------------x

8                                           New York, N.Y.
                                            November 24, 2015
9                                           11:00 a.m.

10
   Before:
11
                   HON. PAUL G. GARDEPHE,
12
                                        District Judge
13

14                      APPEARANCES

15 PREET BHARARA
       United States Attorney for the
16     Southern District of New York
   DINA McLEOD
17     Assistant United States Attorney

18 FEDERAL DEFENDERS OF NEW YORK
       Attorneys for Defendant
19 PHILIP WEINSTEIN

20

21

22

23

24

25

|   |   |
|---|---|
| 1 | THE DEPUTY CLERK: United States of America v. Ramon |
| 2 | Vargas-Rodriguez. Is the government ready? |
| 3 | MS. McLEOD: Yes, your Honor. Good morning, your |
| 4 | Honor. Dina McLeod for the government. |
| 5 | MR. WEINSTEIN: Phil Weinstein, your Honor. Sorry, we |
| 6 | didn't get the indictment until yesterday afternoon, so I |
| 7 | didn't have a chance to provide it, but just did. |
| 8 | THE COURT: No problem, Mr. Weinstein. |
| 9 | For the record, we are here for purposes of arraigning |
| 10 | Mr. Vargas-Rodriguez on the indictment. So |
| 11 | Mr. Vargas-Rodriguez, would you please stand. |
| 12 | You're here with Mr. Weinstein this morning as your |
| 13 | attorney, is that correct? |
| 14 | THE DEFENDANT: Yes, sir. |
| 15 | THE COURT: Have you received a copy of the indictment |
| 16 | which reflects the charge against you? |
| 17 | THE DEFENDANT: Yes. |
| 18 | THE COURT: Have you had an opportunity to read the |
| 19 | indictment? |
| 20 | THE DEFENDANT: Yeah. |
| 21 | THE COURT: Have you discussed it with Mr. Weinstein? |
| 22 | THE DEFENDANT: Yes. |
| 23 | THE COURT: You should understand that you are charged |
| 24 | in the indictment with possessing in and affecting commerce a |
| 25 | firearm which had previously been shipped or transported in |

1   interstate or foreign commerce in violation of 18, United
2   States Code, Section 922(g)(1), which prohibits the possession
3   or receipt of a firearm by a person who has been convicted in a
4   court of a felony.
5           Do you want me to read the indictment to you now here
6   in open court?
7           THE DEFENDANT:  No.
8           THE COURT:  Then I'll ask you now how do plead to the
9   charge in the indictment?
10          THE DEFENDANT:  Not guilty.
11          THE COURT:  You may be seated.
12          Ms. McLeod, when will the government provide
13  discovery?
14          MS. McLEOD:  The government is prepared to produce
15  discovery by the end of next week, your Honor.
16          THE COURT:  With that in mind, Mr. Weinstein, when
17  does it make sense for us to meet again?
18          MR. WEINSTEIN:  Your Honor, the only other thing I
19  would ask is Mr. Vargas has requested that he believes that in
20  all the precincts there is surveillance videos of the room.
21  The gun apparently was discovered during that, and I suspect
22  the government will have to specially order that.  But, that
23  aside, two weeks after I get the full discovery would be fine.
24          THE COURT:  So just so the record is clear, the
25  complaint recounts an incident in which Mr. Vargas was arrested

in a motor vehicle based on the officers' belief that he possessed marijuana. According to the complaint, the defendant was then brought to the 52nd Precinct where he was brought into a holding cell and searched. According to the complaint, during the search, both officers heard something hit the floor and they conducted a patdown of Mr. Vargas Rodriguez at that time and recovered a firearm. So that's what Mr. Weinstein is referring to.

So, Ms. McLeod, could you please make inquiry about whether there was any video taken of the holding cell on that particular day at that particular time?

MS. McLEOD: Yes, your Honor.

THE COURT: Thank you. So, Ms. McLeod, did you say two weeks for discovery?

MS. McLEOD: By the end of next week, your Honor.

THE COURT: My inclination, Mr. Weinstein, would be to see you again say around December 18. Does that make sense?

MR. WEINSTEIN: That's fine if the video exists, but if it isn't available by then, we'll contact the Court.

THE COURT: Okay. That sounds fine. Mr. Weinstein, I believe the government is going to want me to exclude time. Do you have any objection?

MR. WEINSTEIN: I do not.

THE COURT: Then I will exclude time between today and December 18 under the Speedy Trial Act pursuant to Title 18,

1   United States Code, Section 3161(h)(7)(A) to permit
2   Mr. Weinstein to review the discovery materials and discuss
3   them with his client.  I find that the ends of justice served
4   by the granting of this continuance outweigh the best interests
5   of the defendant and the public in a speedy trial.  The
6   conference on December 18 will proceed at 10:15.
7           Anything else we should talk about now?
8           MR. WEINSTEIN:  No, your Honor.
9           MS. McLEOD:  Not from the government.
10          THE COURT:  Thank you.
11                              o0o